

# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | : 48 |
| | ) | |
| v. | ) | Criminal No. 2:15-mj- 17 · JHR |
| | ) | |
| SHAWNA CALHOUN | ) | |
| ALVIN HOUSTON, JR. | ) | |
| a/k/a "Chip" | ) | |

## CRIMINAL COMPLAINT

I, Pamela A. Flick, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### Count 1
### (18 U.S.C. §§ 2421 and 2)

On or about December 28, 2014 through December 31, 2014, in the District of Maine, defendants

**SHAWNA CALHOUN and
ALVIN HOUSTON, JR., a/k/a "Chip"**

knowingly transported an individual in interstate commerce, specifically by transporting Minor A from Boston, Massachusetts to Bangor, Maine, with the intent that she engage in prostitution, and aided and abetted the same.

All in violation of Title 18, United States Code, Sections 2421 and 2.

This Complaint is based on those facts which are set forth in my affidavit of January 21, 2015, which is attached hereto and incorporated herein by reference.

Special Agent Pamela A. Flick
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence this 21st day of January, 2015.

_____
John H. Rich III
United States Magistrate Judge

## AFFIDAVIT OF PAMELA A. FLICK

I, Pamela A. Flick, having been duly sworn, state as follows:

1. I am employed as a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed for approximately 20 years. During my employment with the FBI, I have participated in numerous investigations related to the trafficking of persons, and am familiar with the habits, methods, routines, practices, and procedures commonly employed by persons engaged in human trafficking.

2. I submit this Affidavit in support of a criminal complaint charging Shawna Calhoun and Alvin Houston, Jr. with transporting an individual in interstate commerce with the intention that she engage in prostitution, and aiding and abetting the same, in violation of 18 U.S.C. §§ 2421 and 2.

3. I make this Affidavit based on my personal investigation, my training and experience, and my review of relevant documents and conversations that I have had with other law enforcement agents. Because this Affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint, it does not set forth each and every fact that I or others have learned during the course of this investigation.

## RESULTS OF INVESTIGATION

4. On December 29, 2014, Detective Bernie McAllister from the Lisbon, Maine Police Department received a call from and subsequently met with a woman from Lisbon named C.S. I have spoken with Detective McAllister, who told me that C.S. reported that her 13-year old daughter, Minor A, had run away from home on December 21 and had not been seen since. C.S. reported that she believed Minor A was engaged in prostitution and drug use in Massachusetts.

5. C.S. told Detective McAllister that on December 21, Minor A had come home early in the morning with a 24-year old black woman named Shawna and that it appeared that Minor A and Shawna had been drinking. Later on December 21, C.S.'s older daughter observed Minor A leave the house with Shawna in a black Hummer with Maine registration 857SR and the words "Black Beauty" on the back of the car. The daughter observed a black male and another black female in the car along with Minor A and Shawna. C.S. reported that after Minor A left, C.S.'s older daughter accessed Minor A's Facebook page, and observed references on her Facebook page to making money. C.S. also told Detective McAllister that her older daughter had located advertisements on backpage.com under the name "Ceecee" advertising sexual services in Boston, and C.S. was concerned that Minor A was the person advertising the services.

6. After receiving this information, Detective McAllister sent out a Missing Person's Report to other law enforcement agencies and also contacted me directly. Detective McAllister told me that he also conferred with the Lewiston Police Department to see if they were aware of any 24-year old black women named Shawna, and he was informed that a woman named Shawna Calhoun fit that description and was believed to be involved in prostitution. The Lewiston Police provided Detective McAllister with a Facebook photograph of Shawna Calhoun. Detective McAllister then showed that photograph to C.S.'s older daughter, and she identified the woman in the photograph as the Shawna who had been at their house and with whom Minor A left in the black Hummer on December 21.

7. Later that same day, C.S. contacted Detective McAllister again and told him that Minor A had been calling her from the telephone number 207-520-9596. A Lewiston Police Detective searched for this number on the internet and determined that it was listed as the contact number for a backpage.com advertisement in the Boston area. Upon information and belief, the

"escorts" section of backpage.com is often used to post advertisements for sexual services. I have reviewed this advertisement, which was posted on Monday, December 29, at 1:15 p.m. on the Boston backpage.com website. The advertisement is entitled, "I dO ALL theE things that shE wOn't dO!! ThAt's right… Yes! (EvEn that too:) Ready nOw… cOme'On!! – 21" Among other things, the text of the advertisement says, "Hello Gentleman . . . I'm CEECEE you UNDENIABLE CAUCASIAN Princess . . . Bubbly Personality. Amazing Body & A . . . Bottom 2."

8. After reviewing this advertisement, I called the FBI's Human Trafficking Task Force in Boston and they made attempts to find Minor A in Boston, but were unable to locate her. While I was communicating with Boston, I learned from Detective McAllister that Minor A had called her mother to say that she would be back in Maine on Tuesday, December 30.

9. On Tuesday, December 30, FBI Task Force Officer James Smith contacted Verizon Wireless in order to obtain location information on Minor A's cell phone (207-520-9596). Task Force Officer Smith learned the following about the location of Minor A's cell phone on December 30th: At 4:02 p.m., the phone was located near an address of 67 Commercial Street in Lewiston, Maine. At 7:31 p.m., the phone was located near an address of 28 High Street in Bangor, Maine. At 8:21 p.m., the phone was located near an address 97 Venture Way in Bangor. At 9:47 p.m., the phone was still located near 97 Venture Way in Bangor. At that time, Minor A's cell phone called 857-417-2193. This telephone number is familiar to me, as C.S. reported to Detective McAllister that Minor A had also called her from this number when she was missing.

10. When I learned that Minor A's cell phone was in Bangor, I called Special Agent James McCarty in Bangor to explain the situation to him, and he and I began to work with the

3

Bangor Police Department to locate Minor A. I then searched the Maine backpage.com escorts section for recent advertisements and discovered an ad linked to Minor A's telephone number containing the same photos as the Boston advertisement described in paragraph 7. The ad was posted on December 30, 2014 at 7:40 p.m., and was advertising escort services in the Bangor area from a person named "Cassie" under the title "NEW FRESH & HOT ((( SPANISH DOLL))) === READY 2 Come To My Place Now!!!!.......21" Backpage.com indicated that the person who posted this ad had posted another advertisement on backpage.com in Maine at 5:10 p.m. on December 30 advertising the escort services of a 24-year old black woman using telephone number 857-417-2193. As described above, Minor A had also used this telephone number to contact her mother, and Minor A had called this telephone number from her phone at 9:47 p.m. on the 30th.

11. I asked Special Agent McCarty to conduct an operation to call the telephone number on Minor A's ad to set up an appointment with Minor A, in an attempt to locate her. Special Agent McCarty then worked with Bangor Police Detective Brent Beaulieu to arrange the sting operation. I have reviewed Detective Beaulieu's report of this operation and have spoken with him, and I have learned that Detective Beaulieu called 207-520-9596 and asked the female who picked up if she was "Cassie." She indicated that she was, and when asked said that she charged $150 for a half hour and $200 for a full hour. Detective Beaulieu then told her that he would find a hotel room in Bangor and would text her the address, which she agreed to. Detective Beaulieu contacted the Ramada Inn in Bangor and they agreed to let him use a hotel room for a sting operation. Detective Beaulieu and two officers waited inside a room at the Ramada Inn, while two other officers waited in the parking lot. Shortly after 1:00 a.m., "Cassie" contacted Detective Beaulieu to advise him that she was en route. Shortly thereafter, he saw a

vehicle drive by the window of his room and observed three people inside. A female, who resembled photographs of Minor A, exited the back seat. This individual knocked on the door to the hotel room and Detective Beaulieu recognized her as Minor A. Minor A was on her cell phone when Detective Beaulieu answered the door, and she told the person she was talking to that she was now in. She then said that she was all set and ended the call. When asked, she indicated that she was Cassie, and Detective Beaulieu told her that he was "Brent." She immediately started to embrace him, when the other officers then emerged to identify themselves.

12. While this was going on, the officers in the parking lot stopped and ultimately arrested the two individuals who had dropped Minor A off. These individuals were identified as Shawna Calhoun and Alvin Houston, Jr. They were driving a green 2002 Honda Civic LX, which was registered to a rental car company in Westbrook, Maine. According to the rental car company, the vehicle was rented on December 23.

13. Minor A spoke with the police at the hotel and also gave them her cell phone. I have spoken with the officers who conducted this interview with Minor A. In sum and substance, Minor A told the officers the following: She admitted that she had been engaging in prostitution and had done so in both Portland and Boston. She initially said that the two people who dropped her off had been driving her around, but that they did not know what she was doing, and she did not know their names. She also said that she had been prostituting for only a few days and that "Brent" would have been her first client in Bangor that night.

14. The officers then took Minor A to the police station in Bangor to interview her further. They told her that she was not under arrest but that they did want to hear the truth from her. I have reviewed a transcript of this interview, which was recorded, and have also spoken

with the officers who conducted the interview. In sum and substance, Minor A told the officers the following: She did not know the name of the male in the car, but called the female "Sha." She said that she initially had been with them in a hotel in Lewiston for a week, and then had gone with them to Portland, where Sha or the man rented a hotel room. She said that while in Portland she performed sexual services for clients for money. She claimed that Sha and the male left when her clients came over, and that they questioned her about where she was getting money. She then traveled to Boston with Sha and the male, where they rented a hotel room and she posted an ad on backpage.com. She performed sexual services for money for at least one client in Boston. She and Sha and the male then drove back to Maine and ultimately ended up in Bangor, where she performed oral sex on a male client for $180. Minor A said that when Detective Beaulieu had called to set up his "date," it was Sha who answered the phone. Minor A said she told Sha that he was a person who Minor A knew well and that he wanted to meet with Minor A and pay her. Minor A told Detective Beaulieu that Sha and the male suspected she was prostituting, but did not know for sure. Minor A then acknowledged that she and Sha had argued about her prostituting. She also concluded the interview by stating that she gave Sha and the male half the money she made from prostitution.

15. I have since spoken personally with Minor A, who has changed some of the details of her story, but has acknowledged engaging in prostitution in Boston and Maine and driving around with Calhoun and Houston to do so. She maintains that the prostitution was her idea and that they did not make her do anything she did not want to do.

16. On the date of their arrests, Alvin Houston and Shawna Calhoun both waived Miranda and agreed to custodial interviews, which were recorded. I have reviewed transcripts of these interviews. In sum and substance, Houston said the following: He claimed that Shawna

initially approached him and asked him if he wanted to go to Boston to visit his child. He said that Shawna told him to rent a car and then drive them to Boston. He acknowledged that Minor A, whom he knew as "Ceecee," had gone to Boston with them. He said that while in Boston he stayed at the home of the mother of his child for Christmas, and that Minor A and Shawna went elsewhere. They all came back to Maine together and ultimately rented a hotel room in Bangor. He told officers that they went to the Hollywood Casino in Bangor around 8:00 p.m. that evening, but that Minor A waited in the car because she did not have identification to get into the casino. He ultimately admitted that he knew that Minor A and Shawna had both been prostituting at different hotels and that he had driven them to Boston and back to Maine, and that they paid for his expenses. He said that he heard both Minor A and Shawna negotiating with customers over the phone. He said that when he and Shawna had been in the casino, Minor A was in a hotel room with a client. He said that Minor A and Shawna charged between $80 and $200 and that they made the arrangements for the dates themselves. He claimed never to have received any money from Minor A. He also said that he thought Minor A looked like she was 16 years old.

17. In sum and substance, Calhoun said the following: She said that she was an escort who advertised on craiglist.com and backpage.com, but that she did not work as a prostitute. She denied taking Minor A to any hotels and said that she did not know if Minor A was prostituting and did not know why Minor A wanted to go to the Ramada Inn in Bangor. She said she did not know how old Minor A was, but shortly thereafter told the police, who had not informed her of Minor A's age, that she thought Minor A was "older" and that they had been out drinking together. Calhoun said that her phone number was 857-417-2193 and that she and Minor A had at times communicated by telephone. Calhoun did not wish to speak further.

18. On January 6, 2015, Maine State Police Computer Crimes Special Agent Scott Corey completed a forensic analysis of Minor A's cell phone pursuant to a search warrant. Special Agent David Pawson of Homeland Security Investigations reviewed the forensic analysis and reported to me that the following text message exchange occurred between Minor A's cell phone and a contact named "Shawna" at telephone number 857-417-2193.

| Date | Time | Sending Phone | Receiving Phone | Content |
| --- | --- | --- | --- | --- |
| 12/30/14 | 10:47 PM | Minor A's Phone | 857-417-2193 | Answer!!! |
| 12/30/14 | 11:17 PM | Minor A's Phone | 857-417-2193 | 621 |
| 12/30/14 | 11:18 PM | 857-417-2193 | Minor A's Phone | Ok |
| 12/30/14 | 11:19 PM | 857-417-2193 | Minor A's Phone | You ok |
| 12/30/14 | 11:19 PM | Minor A's Phone | 857-417-2193 | Yes |
| 12/30/14 | 11:19 PM | 857-417-2193 | Minor A's Phone | Ok |
| 12/30/14 | 11:21 PM | 857-417-2193 | Minor A's Phone | You got the money |
| 12/30/14 | 11:33 PM | Minor A's Phone | 857-417-2193 | Yes |
| 12/30/14 | 11:56 PM | Minor A's Phone | 857-417-2193 | Lemme know when u get in the room |
| 12/31/14 | 1:12 AM | Minor A's Phone | 857-417-2193 | Yo |

The conversation occurred on December 30, 2014 and December 31, 2014 between the hours of 10:47:35 pm and 1:12:52 am. I believe this text conversation is related to Minor A's prostitution activities. In the conversation, the user of 857-417-2193 asks the user of Minor A's phone if she is okay and if she has received the money. Agent Pawson has informed me that based on his review of the forensic telephone report and review of Detective Beaulieu's report of

8

his interview with Minor A, he believes this conversation occurred while Minor A was meeting with an unidentified male in a Bangor, Maine hotel for oral sex for which Minor A admits to being paid $180.

19. Special Agent Pawson also reviewed the internet history portion of the forensic report of Minor A's cell phone, and reported to me that that he discovered multiple internet visits to backpage.com from Minor A's cell phone on December 24, 28, and 30, 2014. He determined that Minor A's cell phone accessed backpage.com advertisements #3975277 and #3989942.

20. Special Agent Pawson then reviewed records received directly from backpage.com and reported to me the following information.

- The advertisements accessed by Minor A's phone, #3975277 and #3989942, are associated with a backpage.com user with the email address naomiallen1015@gmail.com.

- Advertisement #3989942 is an ad for a person named "Cassie" in the Bangor, Maine area, which was posted on December 30, 2014 and lists the contact telephone number of 207-520-9596, which I know to belong to Minor A. I also know that this is the advertisement that Detective Beaulieu used to contact Minor A during the investigation to recover her.

- Advertisement #3975277 is in the name of Naomi and lists a contact telephone number 857-417-2193, which I know to belong to Shawna Calhoun based on her post-arrest statements to Detective Beaulieu on December 31, 2014.

- Special Agent Pawson informed me that, based upon his review of the records received from backpage.com, he determined that the the user of naomiallen1015@gmail.com posted these and other backpage.com

9

advertisements dating back to October 15, 2014 in Maine, Massachusetts and New York. Many of these advertisements and the administrative (subscriber) data list telephone number 857-417-2193, the number provided by Shawna Calhoun to Detective Beaulieu.

21. On January 1, 2015, I, along with other FBI agents, conducted a search pursuant to a federal warrant of the green Honda that Houston and Calhoun were driving when they were arrested on December 31, 2014. Inside the car, we found two cellular telephones – a black Alcatel phone and a black Nokia phone. On January 5, 2015, the FBI's Computer Analysis Review Team in Boston prepared a forensic analysis of the contents of the black Alcatel telephone. This analysis was conducted pursuant to a federal search warrant. I have reviewed this forensic analysis and have learned the following information:

- The telephone number associated with this phone is 857-417-2193, which is the phone number Calhoun provided on the date of her arrest. I therefore believe that this phone belonged to Shawna Calhoun. There are other indicators suggesting that this is Shawna Calhoun's phone, including multiple "selfie"-type photographs of her on the phone.
- Listed among the contacts on the phone is "Cc," with a phone number of 207-520-9596. As described above, this is Minor A's telephone number.
- The forensic analysis of this telephone shows that the phone was used to regularly access backpage.com. On December 28, 2014, the telephone accessed the backpage.com account of NaomiAllen1015@gmail.com, which, as described above, is the account used to post the ads associated with Minor A.

10

- On December 28, 2014, at approximately 9:35 PM, the phone accessed an advertisement in the "boston escorts" section of backpage.com with the title "I dO ALL theE things that shE wOn't dO!! ThAt's right… Yes! (EvEn that too:) Ready nOw… cOme'On!!" As described above in paragraph 7, the contact number listed on this ad is Minor A's phone number.
- On December 30, 2014, beginning at approximately 5:14 PM and continuing until 12:51 AM on the December 31, the telephone repeatedly accessed an advertisement in the "maine escorts" section of backpage.com with the title "NEW FRESH & HOT ((( SPANISH DOLL))) === READY 2 Come To My Place Now!!!!" As described above in paragraphs 10 and 11, the contact number on this ad is Minor A's number, and this is the ad Detective Beaulieu contacted, which ultimately led to the recovery of Minor A.
- The telephone also contains multiple digital photographs that match the photographs used in both the Boston and Bangor backpage.com ads for Minor A.

22. Finally, I have reviewed several recorded conversations between Alvin Houston, who is currently incarcerated at the Penobscot County Jail, and a woman he refers to as "Mom," who I believe to be Houston's mother. In one of these calls, on January 5, 2015, Houston told his mother, in sum and substance, the following: Minor A contacted Shawna for the "prostitution thing," and wanted to make money. Houston told his mother that he was only driving Minor A and Shawna around and denied getting any money from Minor A. He told his mother that he drove Shawna and "the girl" from Maine to Boston and then from Boston to Bangor and that he was not their pimp.

## CONCLUSION

23. Based on the foregoing facts, I respectfully submit that probable cause exists to believe that Alvin Houston, Jr. and Shawna Calhoun transported Minor A in interstate commerce with the intention that she engage in prostitution, and aided and abetted the same, in violation of 18 U.S.C. §§ 2421 and 2.

I hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and I make this oath under penalties of perjury.

Pamela A. Flick
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 21st day of January, 2015.

John H. Rich III
United States Magistrate Judge