UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Magistrate No. 2:15-mj-00017-JHR** |
| ) | |
| **SHAWNA CALHOUN** ) | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. Eligibility of Case. This case is eligible for a detention order because the case involves (check all that apply):

    ___ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    ___ Crime of violence

    ___ Maximum sentence life imprisonment or death

    ___ 10+ year drug offense

    ___ Felony, with two prior convictions in above categories

    _X_ Felony involving a minor victim, a firearm, destructive device or dangerous weapon or failure to register as a sex offender

    _X_ Serious risk defendant will flee

    ___ Serious risk obstruction of justice

2. Reasons for Detention:

    i. Other than Temporary Detention. The court should detain the defendant because there are no other conditions of release which will reasonably assure (check one or both):

    _X_ Defendant's appearance is required

    _X_ Safety of any other person and the community

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies here because (check one or both if applicable)

__X_ Probable cause to believe the defendant committed an offense specified in 18 U.S.C. §3142(e) involving: drugs, firearms, terrorism, a minor victim, or conduct outside of the United States.

___ Previous conviction for "eligible" offense committed while on pretrial bond

4. Date of Detention Hearing. The United States requests that the detention hearing be held after a continuance of three days.

5. Length of Detention Hearing. The United States will require one-half hour to present its case for detention.

Date:   January 26, 2015                         Thomas E. Delahanty II
                                                 United States Attorney


                                                 /s/Julia M. Lipez
                                                 Assistant United States Attorney
                                                 United States Attorney's Office
                                                 100 Middle Street
                                                 Portland, ME 04101
                                                 (207) 780-3257
                                                 Julia.lipez@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2015, I electronically filed Detention Motion with the Clerk of Court using the CM/ECF system. There is currently no defense counsel on record

Thomas E. Delahanty II
United States Attorney


/s/Julia M. Lipez
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
East Tower, 6th Floor
Portland, Maine 04101
(207) 780-3257
julia.lipez@usdoj.gov