UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:15-cr-00056-JDL |
| | ) | |
| SHAWNA CALHOUN | ) | |

**PROSECUTION VERSION**

If this case were to proceed to trial, the government would prove that from about December 23, 2014 until December 31, 2014, the defendant knowingly transported Minor A in interstate commerce, specifically by transporting Minor A from Maine to Boston, Massachusetts, and from Boston, Massachusetts to Bangor, Maine, with the intent that she engage in prostitution, in violation of 18 U.S.C. § 2421. The government would prove the following facts through witness testimony, physical evidence, and documentary evidence.

On December 13, 2014, Minor A, who was thirteen years old at the time, contacted the defendant via Facebook looking for contact information for another individual. After small talk, the defendant wrote to Minor A, "When you want to come hit me I got you I heard you bout ya bread." In response to a question about her age, Minor A wrote that she was fifteen going on sixteen and the defendant replied, " . . . what I do you need to be of age." They later discussed meeting up to travel to either Massachusetts or New York together.

On December 23, 2014, the defendant and Alvin Houston, Jr. a/k/a "Chip," arranged to rent a car in Maine. On the same day, the defendant, Minor A, Houston, and another individual drove in the rental car from Maine to the Dorchester neighborhood of Boston, Massachusetts, where they stayed with the defendant's family. While in Boston, Minor A performed sexual services for clients for money. The defendant and Houston drove Minor A to various hotels in

the Boston area to engage in prostitution, and the defendant prepared online advertisements for her own and Minor A's services. After performing the services, Minor A turned the money over to the defendant. At the time the defendant transported Minor A from Maine to Boston, it was the defendant's intention that Minor A engage in prostitution.

On about December 30, 2014, the defendant, Houston, and Minor A learned that the Federal Bureau of Investigation was looking for Minor A in Massachusetts. The three drove in the rental car back to Maine, ultimately concluding their journey in Bangor. Online advertisements indicating that Minor A was available in the Bangor area were posted, and Minor A thereafter performed sexual services for money. At the time the defendant transported Minor A from Boston to Maine, it was the defendant's intention that Minor A engage in prostitution.

Early in the morning on December 31, 2014, the defendant and Houston drove Minor A to a hotel in the Bangor area so that she could meet with a client for the purposes of prostitution. The purported client turned out to be a member of law enforcement. As law enforcement encountered Minor A in the hotel room, other officers arrested the defendant and Houston, who were outside in the parking lot in the rental car.

Dated: July 27, 2015

        Thomas E. Delahanty II
        United States Attorney

        /s/ Julia M. Lipez
        Julia M. Lipez
        Assistant United States Attorney
        U.S. Attorney's Office
        100 Middle Street Plaza, East Tower
        Portland, ME  04101
        (207) 780-3257
        julia.lipez@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2015, I electronically filed the Prosecution Version with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

        Jeffrey W. Langholtz, Esq.
        260 Main Street
        Biddeford, ME 04005
        langholtz@gwi.net

        Thomas E. Delahanty II
        United States Attorney

        /s/ Julia M. Lipez
        Julia M. Lipez
        Assistant United States Attorney
        U.S. Attorney's Office
        100 Middle Street Plaza, East Tower
        Portland, ME  04101
        (207) 780-3257
        julia.lipez@usdoj.gov