UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.  2:15-cr-00056-JDL |
| ) | |
| SHAWNA CALHOUN ) | |
| ALVIN HOUSTON, JR. a/k/a "Chip" ) | |

### GOVERNMENT'S MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM

The United States of America, by and through its attorneys, Thomas E. Delahanty II, United States Attorney for the District of Maine, and Julia M. Lipez, Assistant United States Attorney, respectfully moves this Court to appoint a guardian ad litem for "Minor A," the minor victim in the above-captioned case, pursuant to 18 U.S.C. § 3509(h). The government requests such an appointment because a guardian ad litem will help to ensure that Minor A's best interests are protected during the remaining proceedings in this case.

Section 3509(h)(1) provides that the Court "may appoint, and provide reasonable compensation and payment of expenses for, a guardian ad litem for a child who was a victim of … a crime involving abuse or exploitation to protect the best interests of the child." 18 U.S.C. § 3509(h)(1).[1] In making the appointment, the Court is to consider a prospective guardian's "background in, and familiarity with, the judicial process, social service programs, and child abuse issues." *Id.*

The government submits that the appointment of a guardian ad litem is appropriate in this case.  Both defendants are scheduled for change of plea hearings on July 29, 2015.  Assuming

---

[1] 18 U.S.C. § 3509(a)(6) defines "exploitation" to include "child prostitution." Under this definition and the allegations of the Indictment, Minor A is a victim of a crime involving exploitation.

both enter pleas of guilty and the Court accepts those guilty pleas, the case will move on to the sentencing phase. Between now and then, Minor A may need to meet with government counsel and investigators to prepare for sentencing, may need assistance in preparing and submitting a victim impact statement, and may wish to submit a request for restitution. In addition, Minor A will need to negotiate whether and how to participate in the sentencing hearing and may wish to have a guardian ad litem speak on her behalf at sentencing. Due to current family circumstances, Minor A's parents are not available to represent Minor A's interests at all times. For these reasons, the government believes that the appointment of a guardian ad litem is necessary to ensure that Minor A's interests are protected.

Should the Court conclude that appointment of a guardian ad litem is warranted, the government respectfully suggests that Sheila A. Cook of Portland, Maine is the most appropriate candidate. Ms. Cook has been a guardian ad litem with the Maine District Court for over twenty years, and has served as a guardian in approximately 250 cases. Ms. Cook was appointed as a guardian ad litem for Minor A in state court on April 15, 2015. Ms. Cook has been actively involved in this case since that time and has already expended substantial time and effort in ensuring that Minor A's interests have been protected during these proceedings.

In addition to her previous service as a guardian ad litem and her close ongoing relationship with Minor A, Ms. Cook also has extensive experience working as a criminal defense attorney in federal court. Given these qualifications, the government submits that Ms. Cook is the most appropriate person to serve as a guardian ad litem in this matter.

Counsel for each defendant has indicated that he has no objection to this motion.

For the foregoing reasons, the government respectfully requests that the Court appoint

Sheila A. Cook as guardian ad litem for the minor victim Minor A, and provide reasonable compensation and payment of expenses for her services in such a capacity.

Dated this 28th day of July, 2015 at Portland, Maine.

                    Thomas E. Delahanty II
                    United States Attorney

                    /s/ Julia M. Lipez
                    Assistant United States Attorney
                    U.S. Attorney's Office
                    100 Middle Street Plaza, East Tower
                    Portland, ME  04101
                    (207) 780-3257
                    julia.lipez@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

I hereby certify that July 28, 2015, I electronically filed the foregoing Motion for Appointment of Guardian Ad Litem with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Jeffrey W. Langholtz, Esq.
260 Main Street
Biddeford, ME 04005
(207) 283-4744
langholtz@gwi.net

J. Hilary Billings, Esq.
Federal Defender's Office
P.O. Box 595
Portland, ME 04112-0595
(207) 553-7070
j.hilary.billings@fd.org

    Thomas E. Delahanty II
    United States Attorney

    /s/ Julia M. Lipez
    Assistant United States Attorney
    U.S. Attorney's Office
    100 Middle Street Plaza, East Tower
    Portland, ME  04101
    (207) 780-3257
    julia.lipez@usdoj.gov